```
_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED

         SEP 21 2000

           AT SEATTLE
       CLERK U.S. DISTRICT COURT
     WESTERN DISTRICT OF WASHINGTON
  BY                              DEPUTY
```

## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHARON A. BORGSTROM,<br><br>            Plaintiff(s),<br><br>vs.<br><br>THE CITY OF SEATTLE, et al.,<br><br>            Defendant(s). | NO.   C00-986P<br><br>ORDER SETTING TRIAL<br>AND RELATED DATES |

This case is hereby set for trial commencing 6/5/01. Counsel and the parties are directed to complete the trial preparations on the following schedule:

| | |
|---|---|
| Last date for adding new parties | 10/23/00 |
| Date for <u>completion</u> of discovery.<br>(<u>Note</u>: Any motion to compel or other motion relating to discovery must be filed early enough to permit the motion to be decided, and all discovery finished, by the discovery completion date.) | 3/5/01 |
| All non-discovery motions to be filed (the only exception will be motions <u>in limine</u> and motions not reasonably foreseeable by the cutoff date.) | 3/15/01 |
| Motions <u>in limine</u> to be filed. | 4/26/01 |
| Pretrial order to be lodged | 5/9/01 |

ORD SETTING TRIAL
& RELATED DATES - 1

| | |
|---|---|
| Requested jury instructions and voir dire questions to be filed | 5/31/01 |
| Trial briefs to be filed | 5/31/01 |

A pretrial conference will be held in Room 502 at 3:15 p.m. on 5/15/01.

The dates set forth in this order cannot be changed by agreement of counsel or the parties, but only by order of the court.

All discovery matters are to be resolved by agreement if possible. If a ruling is needed as to any discovery question, and counsel wish to avoid the time and expense of a written motion, they may obtain a ruling expeditiously through a telephone conference call to the court at (206) 553-2671.

Counsel are directed to cooperate in preparing the final pretrial order. The pretrial order will follow the format required by Local Rule CR 16.1 unless the court orders otherwise.

Exhibit tags will be provided at the pretrial conference. The original and one copy of each exhibit are to be delivered to the in-court clerk on the first morning of trial.

Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

Counsel are directed to notify Eileen Scollard at (206) 553-1801 promptly if the case is settled.

The clerk will send copies of this order to all counsel of record.

Dated: 9/21/00

_/s/ Marsha J. Pechman_
Marsha J. Pechman
United States District Judge

ORD SETTING TRIAL
& RELATED DATES - 2