```
_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED

        SEP 22 2000

            AT SEATTLE
    CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                       DEPUTY
```

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHARON A. BORGSTROM,<br><br>Plaintiff(s),<br><br>vs.<br><br>THE CITY OF SEATTLE, et al,<br><br>Defendant(s). | NO. C00-986P<br><br>ORDER DESIGNATING CASE FOR MEDIATION UNDER LOCAL RULE CR39.1(c) |

This case is hereby designated for mediation under Local Rule CR 39.1(c). All parties and counsel are directed to comply fully with the provisions of that rule.

The settlement conference of counsel (and of any pro se parties), required by CR 39.1(c), must be held not later than December 15, 2000. It may be held earlier by agreement. If that conference does not result in a settlement, the mediator must be selected promptly, and the mediation process is to be completed at least thirty days before the date set for lodging the pretrial order.

Copies of Local Rule 39.1, and of the roster of mediators, are available at the clerk's office.

Dated: September 21, 2000

_____
Marsha J. Pechman
United States District Judge

ORD DESIG CASE FOR MED UNDER CR 39.1(c)