FILED ___ ENTERED
LODGED ___ RECEIVED

MAR 13 2001

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

CC TO JUDGE __DJ__ Judge Pechman

FILED ___ ENTERED
LODGED ___ RECEIVED

MAR 12 2001  DJ

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHARON BORGSTROM,<br><br>    Plaintiff,<br><br>v.<br><br>THE CITY OF SEATTLE,<br>a municipal corporation, et al.,<br><br>    Defendants. | NO. C00-986P (BJR)<br><br>**WTO Proceeding**<br><br>STIPULATION AND ORDER TO<br>EXTEND DISCOVERY CUTOFF<br>AND PRETRIAL MOTIONS<br>FILING DATE |

## STIPULATION

COMES NOW the plaintiff, by and through her attorney, John R. Muenster, and the defendants, by and through their attorneys, Sean Sheehan and Stephen Larson, and stipulate that the discovery completion date in the above-entitled action may be continued to March 30, 2001, and that the pretrial motions filing date may be continued to April 12, 2001. In support of this stipulation, counsel for the parties present the following:

STIPULATION AND ORDER - 1

MUENSTER & KOENIG
JOHN R. MUENSTER, INC., P.S.
999 THIRD AVE., SUITE 4100
SEATTLE, WASHINGTON 98104
(206)467-7500
FAX: (206)467-0101

(1)   The current discovery completion date is March 5, 2001. The current date for filing pretrial motions is March 15, 2001.

(2)   The parties are in the process of scheduling depositions of the plaintiff and the police officers in this case. An extension is necessary due to the schedules of counsel and the officers.

(3)   The parties need more time to prepare and exchange documentary discovery.

(4)   The extension of time requested herein will facilitate the completion of discovery and preparation of motions.

DATED this the ____ day of March, 2001.

Respectfully submitted,

MUENSTER & KOENIG

By: _____
JOHN R. MUENSTER
WSBA No. 6237
Attorney at Law
Of Attorneys for Plaintiff

STIPULATION AND ORDER - 2

**MUENSTER & KOENIG**
JOHN R. MUENSTER, INC., P.S.
999 THIRD AVE., SUITE 4100
SEATTLE, WASHINGTON 98104
(206)467-7500
FAX: (206)467-0101

STAFFORD FREY COOPER

By: <u>See attached fax authorization</u>
STEPHEN LARSON
Attorney at Law
WSBA No. 4959

SEATTLE CITY ATTORNEY'S OFFICE

By: <u>See attached fax authorization</u>
SEAN SHEEHAN
Assistant City Attorney
WSBA No. 6364

Of Attorneys for Defendants

### ORDER

Based upon the foregoing stipulation, the Court finds that the continuance requested herein is appropriate. Accordingly, it is hereby ordered as follows:

(1)   The discovery completion date in this matter shall be March 30, 2001.

STIPULATION AND ORDER - 3

**MUENSTER & KOENIG**
JOHN R. MUENSTER, INC., P.S.
999 THIRD AVE., SUITE 4100
SEATTLE, WASHINGTON 98104
(206)467-7500
FAX: (206)467-0101

(2) Any pretrial motions described in Local Civil Rule 16(g) shall be filed on or before April 12, 2001.

DATED this the __13th__ day of March, 2001.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

MUENSTER & KOENIG

By: _____
JOHN R. MUENSTER
WSBA No. 6237
Attorney at Law
Of Attorneys for Plaintiff

STAFFORD FREY COOPER

By: See attached fax authorization
STEPHEN LARSON
Attorney at Law
WSBA No. 4959

SEATTLE CITY ATTORNEY'S OFFICE

By: See attached fax authorization
SEAN SHEEHAN
Assistant City Attorney
WSBA No. 6364

Of Attorneys for Defendants

STIPULATION AND ORDER - 4

**MUENSTER & KOENIG**
JOHN R. MUENSTER, INC., P.S.
999 THIRD AVE., SUITE 4100
SEATTLE, WASHINGTON 98104
(206)467-7500
FAX: (206)467-0101

STAFFORD FREY COOPER

By: _____ WSBA 29595
STEPHEN LARSON
Attorney at Law
WSBA No. 4959

SEATTLE CITY ATTORNEY'S OFFICE

By: _____
SEAN SHEEHAN
Assistant City Attorney
WSBA No. 6364

Of Attorneys for Defendants

## ORDER

Based upon the foregoing stipulation, the Court finds that the continuance requested herein is appropriate. Accordingly, it is hereby ordered as follows:

(1)   The discovery completion date in this matter shall be March 30, 2001.

STIPULATION AND ORDER - 3

MUENSTER & KOENIG
JOHN R. MUENSTER, INC., P.S.
999 THIRD AVE., SUITE 4100
SEATTLE, WASHINGTON 98104
(206) 467-7500
FAX: (206) 467-0101

    (2)    Any pretrial motions described in Local Civil Rule 16(g) shall be filed on or before April 12, 2001.

DATED this the _____ day of March, 2001.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

MUENSTER & KOENIG

By: _/s/ John R. Muenster_____
    JOHN R. MUENSTER
    WSBA No. 6237
    Attorney at Law
Of Attorneys for Plaintiff

STAFFORD FREY COOPER

By: _/s/ Tobin E. Dale_____ WSBA 29595 for
    STEPHEN LARSON
    Attorney at Law
    WSBA No. 4959

SEATTLE CITY ATTORNEY'S OFFICE

By: _____
    SEAN SHEEHAN
    Assistant City Attorney
    WSBA No. 6364

Of Attorneys for Defendants

STIPULATION AND ORDER - 4

MUENSTER & KOENIG
JOHN R. MUENSTER, INC., P.S.
999 THIRD AVE., SUITE 4100
SEATTLE, WASHINGTON 98104
(206)467-7500
FAX: (206)467-0101

STAFFORD FREY COOPER

By: _____
STEPHEN LARSON
Attorney at Law
WSBA No. 4959

SEATTLE CITY ATTORNEY'S OFFICE

By: _____
SEAN SHEEHAN
Assistant City Attorney
WSBA No. 6364

Of Attorneys for Defendants

## ORDER

Based upon the foregoing stipulation, the Court finds that the continuance requested herein is appropriate. Accordingly, it is hereby ordered as follows:

(1)  The discovery completion date in this matter shall be March 30, 2001.

STIPULATION AND ORDER - 3

MUENSTER & KOENIG
JOHN R. MUENSTER, INC., P.S.
999 THIRD AVE., SUITE 4100
SEATTLE, WASHINGTON 98104
(206)467-7500
FAX: (206)467-0101

(2) Any pretrial motions described in Local Civil Rule 16(g) shall be filed on or before April 12, 2001.

DATED this the _____ day of March, 2001.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

MUENSTER & KOENIG

By: _____
JOHN R. MUENSTER
WSBA No. 6237
Attorney at Law
Of Attorneys for Plaintiff

STAFFORD FREY COOPER

By: _____
STEPHEN LARSON
Attorney at Law
WSBA No. 4959

SEATTLE CITY ATTORNEY'S OFFICE

By: _____
SEAN SHEEHAN
Assistant City Attorney
WSBA No. 6364

Of Attorneys for Defendants

STIPULATION AND ORDER - 4

MUENSTER & KOENIG
JOHN R. MUENSTER, INC., P.S.
999 THIRD AVE., SUITE 4100
SEATTLE, WASHINGTON 98104
(206)467-7500
FAX: (206)467-0101