FILED
LODGED          ENTERED
                RECEIVED

MAR 13 2001

CLERK AT SEATTLE
WESTERN DISTRICT COURT
DISTRICT OF WASHINGTON
DEPUTY

UNITED STATES DISTRICT COURT,
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHARON BORGSTROM,
        Plaintiff,

        vs.

CITY OF SEATTLE,
et al.,
        Defendants.

Cause Number C00-986P

ORDER APPOINTING U.S.
MAGISTRATE JUDGE J. KELLEY
ARNOLD AS SETTLEMENT JUDGE

   U.S. Magistrate J. Kelley Arnold  having agreed to act as settlement judge in this matter, the court hereby directs counsel to contact Judge Arnold's deputy, Kelly Miller,  to schedule  a settlement conference in this matter. Ms. Miller may be reached at 253-593-6751.

   **Counsel shall be accompanied by their clients and all participants having authority to settle, including insurers,  shall appear in person for the conference.**

   IT IS SO ORDERED this 13TH day of March 2001.

BARBARA JACOBS ROTHSTEIN
U.S. DISTRICT JUDGE

ORDER APPOINTING
SETTLEMENT JUDGE

