UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SHARON A. BORGSTROM,

    Plaintiff,

v.

CITY OF SEATTLE, et al,

    Defendants.

Case No. C00-986P(BJR)

MINUTE ORDER SETTING SETTLEMENT CONFERENCE

The following Minute Order is made by direction of the Court, the Hon. J. Kelley Arnold, United States Magistrate Judge:

A settlement conference will be held with the Honorable J. Kelley Arnold, U.S. Magistrate Judge, at **1:30 p.m. on April 16, 2001.**

Settlement briefs/memorandums will be due **by 4:00 p.m. on April 6, 2001.** The briefs are to be delivered to Judge Arnold's chambers at 1717 Pacific Avenue, Courtroom B, Tacoma, Washington 98402, or delivered by facsimile to 253-593-6588. They are not to be filed.

**In addition to counsel, parties and insurers having authority to settle, and to adjust pre-existing settlement authority if necessary, are directed to be present in person.**

The foregoing Minute Order entered by _____, Deputy Clerk, this March 19, 2001.

MINUTE ORDER

