UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PRESENT: THE HONORABLE BARBARA JACOBS ROTHSTEIN
UNITED STATES DISTRICT JUDGE

DATE: MARCH 26, 2001

SHARON BORGSTROM,

        Plaintiffs,

v.

THE CITY OF SEATTLE, a municipal corporation, et al.,

        Defendants.

NO. C00-986P (BJR)

IN CHAMBERS PROCEEDINGS:

    The court has reviewed the parties' stipulation to extend the discovery cutoff and pretrial motions filing date in this case. The court sees no problem with extending the discovery cutoff to April 13, 2001, as the parties request. However, extending the motions filing date to April 26, 2001, is incompatible with the currently-scheduled trial date. Therefore, the court will extend both the discovery cutoff and the motions filing date to April 13, 2001.

MINUTE ENTRY - March 26, 2001