```
———— FILED ———— LODGED
             ———— RECEIVED
          APR 17 2001
   CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                              DEPUTY
```

RECEIVED
APR 19 2001
IN SEATTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SHARON BORGSTROM,

    Plaintiff,

v.

CITY OF SEATTLE, et al.,

    Defendant.

Case No. C00-986P(BJR)

**MINUTE ORDER**
**Re: Settlement Conference**

    The following Minute Order is made by direction of the Hon. J. Kelley Arnold, United States Magistrate Judge:

    This matter was referred March 13, 2001 for purposes of a settlement conference by the Honorable Barbara J. Rothstein. The parties and counsel met with this U.S. Magistrate Judge April 16, 2001 and resolved all issues. The settlement was placed on the record. The matter is returned to the District Judge to await dispostional documents.

    The foregoing Minute Order entered by _____,
Deputy Clerk, April 17, 2001.

ORDER
Page - 1