FILED ____ ENTERED
LODGED ____ RECEIVED

APR 23 2001

CLERK U.S. DISTRICT COURT
AT SEATTLE
WESTERN DISTRICT OF WASHINGTON
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHARON A. BORGSTROM,

　　　　Plaintiff(s),

　　v.

CITY OF SEATTLE, et al,

　　　　Defendant(s).

Case No. C00-986P

ORDER OF DISMISSAL

Counsel having notified the court of the settlement of this case, and it appearing that no issue remains for the court's determination,

IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.

In the event that the settlement is not perfected, any party may move to reopen the case, provided that such motion is filed within 30 days of the date of this order. Any trial date and pretrial dates previously set are hereby VACATED.

IT IS SO ORDERED this **23** day of April, 2001.

Marsha J. Pechman
United States District Judge

ORDER OF DISMISSAL